**Order filed December 8, 2022**



In The

# Eleventh Court of Appeals

_____

## No. 11-22-00069-CR
_____

**GARY COLMAN LANDRETH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 70th District Court**

**Ector County, Texas**

**Trial Court Cause No. A-19-1203-CR**

### O R D E R

On November 22, 2022, counsel notified this court of the death of Appellant, Gary Colman Landreth. Counsel provided this court with a copy of the custodial death report from the Office of the Attorney General of Texas. Appellant's death deprives this court of jurisdiction. *See Molitor v. State*, 862 S.W.2d 615 (Tex. Crim. App. 1993). If an appellant in a criminal case dies after an appeal is perfected but before mandate has issued, the appeal must be permanently abated. TEX. R. APP. P. 7.1(a)(2).

Accordingly, this appeal is permanently abated.

December 8, 2022                                              PER CURIAM

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.